No. 10–11104.  IN RE TRENKLER.  Petition for writ of habeas corpus denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5078.  IN RE MOORE.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 10–1350.  IN RE ZENTMYER;
No. 10–10279.  IN RE MAY;
No. 10–10902.  IN RE CHARLEY;
No. 10–10963.  IN RE STIMAC;
No. 10–11218.  IN RE HALL;
No. 11–3.  IN RE COWAN ET UX.;
No. 11–77.  IN RE ROTH;
No. 11–5014.  IN RE PAPA ET UX.;
No. 11–5015.  IN RE MARKOVICH;
No. 11–5095.  IN RE BROWN;
No. 11–5191.  IN RE ROBERTSON;
No. 11–5398.  IN RE LOGGINS; and
No. 11–5488.  IN RE MERCALDO.  Petitions for writs of mandamus denied.

No. 11–5313.  IN RE HETTLER; and
No. 11–5349.  IN RE WILLIAMS.  Motions of petitioners for leave to proceed *in forma pauperis* denied, and petitions for writs of mandamus dismissed.  See this Court's Rule 39.8.